# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANA OROPEZA DE ARIAS, obo MARCO ANTONIAS A. L.,[1] <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, Commissioner of Social Security, <br><br> Defendant. | Case No. 5:18-cv-02183-AFM <br><br> **JUDGMENT** |

In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: 10/16/2019

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name has been partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.